UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

QUINTON FREDERICK,
    Plaintiff,

vs.                                                  Case No.: 3:24cv240/TKW/ZCB

L. MURPHY, et al.,
    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 10). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to state a claim upon which relief can be granted. Accordngly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation (Doc. 10) is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The Clerk shall enter judgment in accordance with this Order and close the case.

**DONE and ORDERED** this 16th day of September, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**